**BULGUCHEVA LAW, p.c.**
**LILIA BULGUCHEVA, ESQ. (SBN 291374)**
lilia@bulguchevalaw.com
4115 Blackhawk Plaza Circle, Suite 100
Danville, California 94526
Telephone: (925) 854-2926
Facsimile: (925) 886-8017

Attorney for Plaintiff
CHERYLE ARMSTRONG


Cindy Hamilton (SBN 217951)
Shauna Imanaka (SBN 315742)
**GREENBERG TRAURIG, LLP**
1900 University Avenue, 5th Floor
East Palo Alto, CA  94303
T:  (650) 328-8500
F:  (650) 328-8508
hamiltonc@gtlaw.com
imanakas@gtlaw.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYLE ARMSTRONG,<br><br>                  Plaintiff,<br><br>vs.<br><br>JPMORGAN CHASE BANK, N.A.; and DOES 1 - 20, Inclusive,<br><br>                  Defendants. | CASE NO. 3:24-cv-04714-CRB<br><br>**JOINT STIPULATION OF DISMISSAL [FRCP 41(a)] AND [~~PROPOSED~~] ORDER**<br><br>Action Filed:  August 2, 2024 |

Plaintiff Cheryl E. Armstrong and Defendant JPMorgan Chase Bank, N.A. hereby stipulate under Federal Rules of Civil Procedures Rule 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorneys' fees and costs.

IT IS SO STIPULATED.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: November 22, 2024 | | **BULGUCHEVA LAW, P.C.** |
| | By: | _/s/ (signature)_ |
| | | Lilia Bulgucheva |
| | | Attorneys for Plaintiff |
| | | CHERYLE ARMSTRONG |
| DATED: November 22, 2024 | | **GREENBERG TRAURIG, LLP** |
| | By: | /s/ Shauna Imanaka |
| | | Cindy Hamilton |
| | | Shauna Imanaka |
| | | Attorneys for Defendant |
| | | JPMORGAN CHASE BANK, N.A. |

**ATTESTATION OF FILER**

I, Lilia Bulgucheva, am the ECF user whose ID and password are being used to file this stipulation in compliance with Local Rule 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: November 22, 2024

_(signature)_
Lilia Bulgucheva

**ORDER**

Pursuant to the Parties' Stipulation, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice with the respect to all Parties named herein, as to all claims and causes of action, and with each party bearing their own attorneys' fees and costs. The Clerk is directed to close the file.

DATED: November 25, 2024

_(signature)_
The Honorable Charles R. Breyer

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the Town of Danville, County of Contra Costa, California. I am over the age of 18 years and am not a party to this action. My business address is 4115 Blackhawk Plaza Circle, Suite 100, Danville, California 94506.

I am readily familiar with the business practices of Bulgucheva Law, p.c. for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business. On November 22, 2024, I served the following document(s):

**JOINT STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**

and served in the manner(s) described below address as follows:

> Cindy Hamilton, Esq.
> Shauna Imanaka, Esq.
> GREENBERG TRAURIG, LLP
> 1900 University Avenue, 5th Floor
> East Palo Alto, CA 94303
> hamiltonc@gtlaw.com
> imanakas@gtlaw.com
>
> *Attorneys for Defendant JPMorgan Chase Bank, N.A.*

[X] (BY EMAIL/ECF) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the email address(es) listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] (BY MAIL) I am readily familiar with my firm's practice for collection and processing of correspondence for mailing with the United States Postal Service, to-wit, that correspondence will be deposited with the United States Postal Service this same day in the ordinary course of business. I sealed said envelope(s) and placed it for collection and mailing on the date indicated below, following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 22, 2024, at Danville, California.

>                  ___/s/ Lilia Bulgucheva_____
>                         Lilia Bulgucheva